No. 86–977. THOMAS *v.* RHODES. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 86–985. GOLETA WATER DISTRICT ET AL. *v.* MCMILLAN ET UX.; and

No. 86–1150. MCMILLAN ET UX. *v.* GOLETA WATER DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1014. ARACE BROTHERS ET AL. *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–1062. DREYER *v.* ARCO CHEMICAL CO. C. A. 3d Cir. Certiorari denied.

No. 86–1074. EASTMAN ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 86–1077. BATTERY WORLD, INC., ET AL. *v.* EXIDE CORP. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 86–1129. EVANS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 86–1133. TENNECO OIL CO. *v.* KERN OIL & REFINING CO. C. A. 9th Cir. Certiorari denied.

No. 86–1137. PERLMAN *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1147. LAWNDALE MEDICAL SUPPLY, INC., ET AL. *v.* DEPARTMENT OF REGISTRATION AND EDUCATION OF THE STATE OF ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–1148. HOGAN *v.* MYRTLE SPRINGS REVERTED INDEPENDENT SCHOOL DISTRICT ET AL. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 86–1156. RHODEN *v.* LITTLES. C. A. 11th Cir. Certiorari denied.

No. 86–1167. ANDERSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.